**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRYL E. GHOLSON, A/K/A DARRYL E. SAYLES,

    Appellant,

vs.

X-CELL COMMUNICATION, A/K/A CRICKET WIRELESS,

    Respondent.

No. 68957

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY

DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting a motion to dismiss and denying a motion for sanctions. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The order granting the motion to dismiss was entered June 6, 2015. Notice of entry was filed and served by mail on appellant on June 22, 2015. Appellant's notice of appeal was filed October 5, 2015, well after the 30-day period provided in NRAP 4. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-32377

cc:     Hon. Joanna Kishner, District Judge
Darryl E. Gholson
Snell & Wilmer LLP/Salt Lake City
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk